## WILLIAMS *v.* CITY COUNCIL OF AUGUSTA.

LITTLE, J. 1. The offense " of retailing spirituous or malt liquors without license," though committed upon the Sabbath day, is a violation of a penal statute of this State. *Moran* v. *Atlanta,* 102 *Ga.* 840.

2. Accordingly, the recorder's court of the City of Augusta has no jurisdiction to try and punish for this offense.

3. Though the plaintiff in error entered in that court a plea of guilty to a charge of the nature above indicated, the recorder had no authority of law to impose a penalty upon him, and it was his right by petition for certiorari to correct the error which the recorder committed in so doing.

4. The court erred in refusing to sanction the petition for certiorari.

*Judgment reversed. All the Justices concurring.*

Argued May 21, — Decided July 9, 1900.

Petition for certiorari. Before Judge Brinson. Richmond superior court. April 11, 1900.

*Samuel F. Garlington,* for plaintiff in error.
*William H. Barrett,* contra.

---

## SILVEY *v.* THE STATE.

111  849
Case 2
117  237

LITTLE, J. The evidence, at best, only tended to raise a suspicion of the guilt of the defendant, and was not sufficient to support a conviction of the offense with which he was charged. The court erred in overruling the motion for a new trial. *Judgment reversed. All the Justices concurring.*

Submitted June 18, — Decided July 9, 1900.

Indictment for setting woods on fire. Before Judge Estes. Union superior court. April term, 1900.

*I. L. Oakes,* for plaintiff in error.
*W. A. Charters, solicitor-general,* contra.